```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       EASTERN DIVISION
```

CHRISTOPHER CARBIN, #44718                                    PETITIONER

VERSUS                              CIVIL ACTION NO. 4:07cv155-TSL-LRA

CHRISTOPHER EPPS                                              RESPONDENTS

<u>ORDER TRANSFERRING CAUSE TO UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF MISSISSIPPI</u>

Petitioner submitted to this court a petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 and an application to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.  The petitioner indicates that he is challenging a charge for armed robbery he received in the Circuit Court of Tate County, located in the Northern District of Mississippi.  Petitioner is currently confined in the East Mississippi Correctional Facility, Meridian, Mississippi, located in the Southern District of Mississippi.

Title 28 United States Code Section 2241(d) states that when a person files an application for a writ of habeas corpus and is in custody under the judgment and sentence of a State court with two or more Federal Judicial Districts, the application may be filed in the district court for the district where the person is in custody or in the district court for the district within which the State court was held which convicted and sentenced the person and each district shall have concurrent jurisdiction. Further, the district court in which the application is filed may in the exercise of its discretion and in furtherance of justice transfer the application

to the other district court for hearing and determination.  Since petitioner is challenging a criminal charge from Tate County Circuit Court which is in the Northern District of Mississippi, this case will be transferred to the Northern District.  In the exercise of this Court's discretion and in the furtherance of justice, it is hereby,

ORDERED that this application and petition for habeas relief be transferred to the United States District Court for the Northern District of  Mississippi and that the application shall be received in accordance with the orders and local rules of that court and any applicable statute or law.

SO ORDERED, this the 4th day of December, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE

2